# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 61 WM 2021

:

Respondent   :

:

v.   :

:

MICHAEL J. PENDLETON,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of December, 2021, the Application for Leave to File Original Process is **GRANTED**. The Petition for King's Bench Jurisdiction and/or Extraordinary Relief, the "Application Seeking Leave to File a Supplement and/or Add Documents," and the "Application for an Immediate Hearing" are **DENIED**.